**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KELLY KOERNER, | Case No. 3:24-cv-00209-ART-CLB |
| Plaintiff, | |
| v. | **ORDER GRANTING** |
| KENNETH WILLIAMS, et al., | **STIPULATION TO DISMISS WITH PREJUDICE** |
| Defendants. | |

Plaintiff, Kelly Koerner, and Defendants, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Rudolf M. D'Silva, Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this 2nd day of May, 2025.

By: _____ [1]
Kelly Koerner # 23196
Plaintiff, Pro Se

**IT IS SO ORDERED.**

DATED: May 5, 2025.

DATED this 2nd day of May, 2025.
AARON D. FORD
Attorney General

By: /s/ Rudolf M. D'Silva
Rudolf M. D'Silva (Bar No. 16227)
Deputy Attorney General
*Attorneys for Defendants*

_____
Anne R. Traum, United States District Judge

---

[1] Please see Exhibit A which provides the Stipulation and Order to Dismiss with Prejudice signed by Plaintiff Kelly Koerner (NDOC#23196) on February 19, 2025.

Page **1** of **1**

# EXHIBIT A

Stipulation and Order for Dismissal

# EXHIBIT A

AARON D. FORD
Attorney General
JONATHAN J. TEW, Bar No. 11874
Deputy Attorney General
State of Nevada
Office of the Attorney General
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1120
E-mail: jtew@ag.nv.gov

*Attorneys for Interested Party,*
*Nevada Department of Corrections*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KELLY KOERNER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>KENETH WILLIAMS,<br><br>　　　　Defendant. | Case No. 3:24-cv-00209-ART-CLB<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff, Kelly Koerner (Koerner), *pro se,*, and Defendant, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Jonathan J. Tew, Deputy Attorney General, hereby stipulate and agree that the above-captioned actions should be dismissed with prejudice, by order of this Court, with each party to bear his own costs.

DATED this 19 day of February, 2025.　　　　DATED this ___ day of February, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　　　AARON D. FORD
　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney General

By: _____/s/_____　　　　　　　　　　　　　By: _____
Kelly Koerner　　　　　　　　　　　　　　　　JONATHAN J. TEW, Bar No. 11874
Plaintiff, *Pro Se*　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*

　　　　　　　　　　　　　　　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　DISTRICT COURT JUDGE